UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARLAN BERK, LTD, et al.,<br><br>              Plaintiff,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, d/b/a/ BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>              Defendant. | Case No.:    1:12-cv-8074 |

## HEALTH CARE SERVICE CORPORATION'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Health Care Service Corporation ("HCSC"), a Mutual Legal Reserve Company, by and through its undersigned attorney, states that HCSC has no parent corporation and no publicly held affiliates.

Dated: October 9, 2012

                                         /s/ Helen E. Witt
                                        Helen E. Witt, P.C.
                                        Illinois Bar No. 6183630
                                        Jeannie Y. Evans
                                        Illinois Bar No. 6296339
                                        KIRKLAND & ELLIS LLP
                                        300 North LaSalle
                                        Chicago, IL 60654
                                        Telephone:    (312) 862-2000
                                        Facsimile:    (312) 862-2200
                                        hwitt@kirkland.com
                                        jeannie.evans@kirkland.com

                                        *Attorneys for Defendant Health Care Service Corporation, a Mutual Legal Reserve Corporation*

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that, on October 9, 2012, a true and correct copy of the foregoing **HEALTH CARE SERVICE CORPORATION'S CORPORATE DISCLOSURE STATEMENT** has been served via the Court's Electronic Filing System and via U.S. Mail, first class postage prepaid, on the following:

    Michael K. Noonan
    Noonan, Perillo, Polenzani & Marks
    25 North County Street
    Waukegan, IL  60085

    and

    David A. Novoselsky
    Novoselsky Law Office
    120 North LaSalle Street
    Suite 1400
    Chicago, IL  60602

                                       /s/  Helen E. Witt
                                        Helen E. Witt

                                        *Attorney for Defendant Health Care Service Corporation, a Mutual Legal Reserve Corporation*